# APPENDIX OF PLAINTIFFS' TRANSACTIONS IN VALEANT SECURITIES DURING THE RELEVANT PERIOD

| AP1's Purchases of Valeant Common Stock During the Relevant Period | | |
|---|---|---|
| **Purchase Date** | **Number of Shares** | **Price Paid Per Share** |
| 06/04/14 | 243,000 | $130.3916 |
| 06/09/14 | 13,000 | $126.8725 |

| **Schilders' Purchases of Valeant Bonds During the Relevant Period** |
|---|---|---|---|---|
| **ISIN** | **Portfolio** | **Purchase Date** | **Par Value of Bonds** | **Price Paid** |
| US91829KAA16 | BPSNEUHY | 12/03/14 | 130,000 | 104.0000 |
| US91829KAA16 | BPSNEUHY | 12/08/14 | 115,000 | 104.1250 |
| US91829KAA16 | BPSNEUHY | 08/04/15 | 250,000 | 105.4800 |
| US91829KAA16 | BPSNEUHY | 10/19/15 | 85,000 | 101.0000 |
| US91831AAA97 | BPSNEUHY | 11/02/15 | 185,000 | 87.6250 |
| US91831AAB70 | BPSCLMHY | 03/13/15 | 706,000 | 100.0000 |
| US91831AAB70 | BPSNEUHY | 03/13/15 | 700,000 | 100.0000 |
| US91831AAB70 | BPSNEUHY | 07/10/15 | 205,000 | 103.0000 |
| US91831AAB70 | BPSNEUHY | 07/13/15 | 55,000 | 103.5000 |
| US91831AAB70 | BPSNEUHY | 07/14/15 | 85,000 | 103.5000 |
| US91831AAC53 | BPSCLMHY | 03/13/15 | 518,000 | 100.0000 |
| US91831AAC53 | BPSCLMHY | 07/31/15 | 850,000 | 104.5000 |
| US91831AAC53 | BPSNEUHY | 03/13/15 | 640,000 | 100.0000 |
| US91831AAC53 | BPSNEUHY | 07/21/15 | 50,000 | 103.6250 |
| US91831AAC53 | BPSNEUHY | 08/04/15 | 200,000 | 104.8750 |
| US91831AAC53 | BPSNEUHY | 09/28/15 | 80,000 | 94.5000 |
| US91831AAC53 | BPSNEUHY | 09/30/15 | 50,000 | 95.7500 |
| US91831AAC53 | BPSNEUHY | 03/01/16 | 10,000 | 82.6250 |
| US91831AAC53 | BPSNEUHY | 03/01/16 | 10,000 | 82.2500 |
| US91911KAD46 | BPSCLMHY | 01/08/14 | 420,000 | 102.6250 |
| US91911KAD46 | BPSNEUHY | 12/16/15 | 45,000 | 92.0000 |
| US91911KAE29 | BPSCLMHY | 01/15/15 | 178,000 | 100.0000 |
| US91911KAE29 | BPSNEUHY | 07/16/15 | 50,000 | 102.2500 |
| US91911KAE29 | BPSNEUHY | 07/16/15 | 75,000 | 102.2500 |
| US91911KAE29 | BPSNEUHY | 07/17/15 | 20,000 | 102.0000 |
| US91911KAE29 | BPSNEUHY | 07/17/15 | 75,000 | 102.1250 |
| US91911KAE29 | BPSNEUHY | 10/27/15 | 25,000 | 84.0000 |
| US91911KAE29 | BPSNEUHY | 10/27/15 | 40,000 | 83.7500 |
| US91911KAE29 | BPSNEUHY | 10/29/15 | 20,000 | 86.7500 |
| US91911KAE29 | BPSNEUHY | 11/02/15 | 45,000 | 84.3750 |
| US91911KAE29 | BPSNEUHY | 11/02/15 | 40,000 | 84.1250 |
| US91911KAE29 | BPSNEUHY | 11/02/15 | 15,000 | 84.3750 |

| US91911KAE29 | BPSNEUHY | 11/02/15 | 45,000 | 84.3125 |
|---|---|---|---|---|
| US91911KAE29 | BPSNEUHY | 11/24/15 | 175,000 | 84.2500 |
| US91911KAE29 | BPSNEUHY | 12/16/15 | 140,000 | 88.5000 |
| US91911KAE29 | BPSNEUHY | 12/17/15 | 45,000 | 89.5000 |
| US91911KAE29 | BPSNEUHY | 03/04/16 | 145,000 | 83.7500 |
|  |  |  |  |  |
| US92912EAC75 | BPSNEUHY | 12/16/15 | 115,000 | 99.5000 |
| US92912EAC75 | BPSNEUHY | 12/16/15 | 150,000 | 100.2500 |

| | **PGGM's Purchases of Valeant Bonds During the Relevant Period** | | | |
|---|---|---|---|---|
| **ISIN** | **Portfolio** | **Purchase Date** | **Par Value of Bonds** | **Price Paid** |
| US91829KAA16 | HYGT | 06/04/14 | 983,000 | 107.0000 |
| US91829KAA16 | HYGT | 06/04/14 | 1,229,000 | 107.0000 |
| US91829KAA16 | HYGT | 09/30/14 | 581,000 | 103.3750 |
| US91829KAA16 | HYGT | 10/01/14 | 699,000 | 103.3750 |
| US91829KAA16 | HYGT | 10/16/14 | 1,960,000 | 101.3750 |
| | | | | |
| US91829KAA16 | HYNB | 02/01/13 | 255,000 | 104.7500 |
| US91829KAA16 | HYNB | 02/07/13 | 250,000 | 105.1250 |
| US91829KAA16 | HYNB | 02/07/13 | 495,000 | 105.2500 |
| US91829KAA16 | HYNB | 04/10/13 | 1,730,000 | |
| US91829KAA16 | HYNB | 07/16/13 | 100,000 | 104.2500 |
| US91829KAA16 | HYNB | 07/16/13 | 245,000 | 104.8500 |
| US91829KAA16 | HYNB | 07/17/13 | 550,000 | 105.7500 |
| US91829KAA16 | HYNB | 09/10/13 | 495,000 | 102.8750 |
| US91829KAA16 | HYNB | 12/03/14 | 970,000 | 104.0000 |
| US91829KAA16 | HYNB | 12/08/14 | 850,000 | 104.1250 |
| US91829KAA16 | HYNB | 10/19/15 | 500,000 | 101.0000 |
| | | | | |
| US91831AAA97 | HYBB | 12/16/15 | 740,000 | 94.5000 |
| | | | | |
| US91831AAA97 | HYNB | 11/02/15 | 435,000 | 87.6250 |
| | | | | |
| US91831AAB70 | HYBB | 11/05/15 | 249,000 | 81.0000 |
| US91831AAB70 | HYBB | 11/05/15 | 410,000 | 84.2500 |
| US91831AAB70 | HYBB | 11/05/15 | 415,000 | 84.0000 |
| US91831AAB70 | HYBB | 11/10/15 | 166,000 | 84.5000 |
| US91831AAB70 | HYBB | 11/10/15 | 166,000 | 84.2500 |
| US91831AAB70 | HYBB | 11/10/15 | 249,000 | 85.0000 |
| US91831AAB70 | HYBB | 11/16/15 | 166,000 | 81.7500 |
| US91831AAB70 | HYBB | 11/17/15 | 498,000 | 82.0000 |
| US91831AAB70 | HYBB | 11/17/15 | 166,000 | 82.0000 |
| US91831AAB70 | HYBB | 11/19/15 | 166,000 | 81.2500 |
| US91831AAB70 | HYBB | 11/19/15 | 166,000 | 81.5000 |
| US91831AAB70 | HYBB | 11/24/15 | 166,000 | 84.8750 |
| US91831AAB70 | HYBB | 12/17/15 | 248,000 | 91.0000 |
| US91831AAB70 | HYBB | 01/11/16 | 248,000 | 88.0000 |
| US91831AAB70 | HYBB | 03/14/16 | 82,700 | 87.2500 |
| US91831AAB70 | HYBB | 03/14/16 | 143,550 | 87.2500 |
| US91831AAB70 | HYBB | 03/14/16 | 165,000 | 87.2500 |
| | | | | |
| US91831AAB70 | HYG | 03/13/15 | 4,299,000 | 100.0000 |

| US91831AAB70 | HYG | 03/13/15 | 501,000 | 100.7500 |
| --- | --- | --- | --- | --- |
| US91831AAB70 | HYG | 03/16/15 | 250,000 | 100.8750 |
| US91831AAB70 | HYG | 06/09/15 | 200,000 | 101.1875 |
| | | | | |
| US91831AAB70 | HYGT | 10/06/15 | 733,000 | 94.6250 |
| US91831AAB70 | HYGT | 10/07/15 | 1,663,000 | 96.0000 |
| US91831AAB70 | HYGT | 10/07/15 | 1,663,000 | 96.2500 |
| US91831AAB70 | HYGT | 10/07/15 | 2,129,000 | 96.0000 |
| US91831AAB70 | HYGT | 10/08/15 | 191,000 | 95.8750 |
| US91831AAB70 | HYGT | 10/08/15 | 795,000 | 95.8750 |
| US91831AAB70 | HYGT | 10/14/15 | 765,000 | 96.6560 |
| US91831AAB70 | HYGT | 10/15/15 | 764,000 | 95.0000 |
| US91831AAB70 | HYGT | 10/21/15 | 485,000 | 88.0000 |
| US91831AAB70 | HYGT | 10/22/15 | 325,000 | 82.5000 |
| US91831AAB70 | HYGT | 10/30/15 | 1,625,000 | 85.5000 |
| US91831AAB70 | HYGT | 12/14/15 | 372,000 | 83.2500 |
| US91831AAB70 | HYGT | 02/22/16 | 55,000 | 82.5000 |
| US91831AAB70 | HYGT | 02/29/16 | 435,000 | 84.5000 |
| US91831AAB70 | HYGT | 02/29/16 | 261,000 | 84.0000 |
| US91831AAB70 | HYGT | 03/01/16 | 256,000 | 82.0000 |
| US91831AAB70 | HYGT | 03/01/16 | 256,000 | 82.2500 |
| US91831AAB70 | HYGT | 03/01/16 | 400,000 | 82.0000 |
| US91831AAB70 | HYGT | 03/01/16 | 156,000 | 81.5000 |
| US91831AAB70 | HYGT | 03/02/16 | 522,000 | 84.5000 |
| US91831AAB70 | HYGT | 03/07/16 | 435,000 | 83.5000 |
| | | | | |
| US91831AAB70 | HYNB | 03/13/15 | 4,900,000 | 100.0000 |
| US91831AAB70 | HYNB | 07/10/15 | 1,380,000 | 103.0000 |
| US91831AAB70 | HYNB | 07/13/15 | 340,000 | 103.5000 |
| US91831AAB70 | HYNB | 07/14/15 | 575,000 | 103.5000 |
| | | | | |
| US91831AAC53 | HYMKS | 03/13/15 | 1,850,000 | 100.0000 |
| US91831AAC53 | HYMKS | 04/16/15 | 575,000 | 104.6250 |
| | | | | |
| US91831AAC53 | HYNB | 03/13/15 | 4,475,000 | 100.0000 |
| US91831AAC53 | HYNB | 07/21/15 | 345,000 | 103.6250 |
| US91831AAC53 | HYNB | 09/28/15 | 460,000 | 94.5000 |
| US91831AAC53 | HYNB | 09/30/15 | 565,000 | 95.7500 |
| US91831AAC53 | HYNB | 03/01/16 | 70,000 | 82.6250 |
| US91831AAC53 | HYNB | 03/01/16 | 70,000 | 82.2500 |
| | | | | |
| US91911KAD46 | HYMKS | 11/18/13 | 990,000 | 101.2500 |
| US91911KAD46 | HYMKS | 11/18/13 | 355,000 | 101.2500 |
| US91911KAD46 | HYMKS | 11/19/13 | 210,000 | 101.0000 |

| | | | | |
|---|---|---|---|---|
| US91911KAD46 | HYMKS | 12/02/13 | 330,000 | 101.1250 |
| US91911KAD46 | HYMKS | 12/02/13 | 330,000 | 101.1250 |
| US91911KAD46 | HYMKS | 12/04/13 | 385,000 | 101.2500 |
| US91911KAD46 | HYMKS | 02/29/16 | 500,000 | 86.0620 |
| | | | | |
| US91911KAD46 | HYNB | 12/16/15 | 255,000 | 92.0000 |
| | | | | |
| US91911KAE29 | HYG | 01/15/15 | 1,800,000 | 100.0000 |
| US91911KAE29 | HYG | 02/12/15 | 150,000 | 102.7500 |
| | | | | |
| US91911KAE29 | HYNB | 07/16/15 | 490,000 | 102.2500 |
| US91911KAE29 | HYNB | 07/16/15 | 355,000 | 102.2500 |
| US91911KAE29 | HYNB | 07/17/15 | 140,000 | 102.0000 |
| US91911KAE29 | HYNB | 07/17/15 | 495,000 | 102.1250 |
| US91911KAE29 | HYNB | 10/27/15 | 220,000 | 83.7500 |
| US91911KAE29 | HYNB | 10/27/15 | 155,000 | 84.0000 |
| US91911KAE29 | HYNB | 10/29/15 | 130,000 | 86.7500 |
| US91911KAE29 | HYNB | 11/24/15 | 1,010,000 | 84.2500 |
| US91911KAE29 | HYNB | 12/16/15 | 810,000 | 88.5000 |
| US91911KAE29 | HYNB | 12/17/15 | 265,000 | 89.5000 |
| US91911KAE29 | HYNB | 03/04/16 | 800,000 | 83.7500 |
| | | | | |
| US91911XAM65 | HYING | 11/20/15 | 420,000 | 91.5000 |
| | | | | |
| US91911XAQ79 | HYGT | 06/03/14 | 617,000 | 107.0000 |
| US91911XAQ79 | HYGT | 09/30/14 | 1,031,000 | 104.1250 |
| | | | | |
| US91911XAS36 | HYGT | 02/19/14 | 1,510,000 | 110.5000 |
| US91911XAS36 | HYGT | 12/15/14 | 1,378,000 | 104.8750 |
| | | | | |
| US92912EAA10 | HYGT | 05/19/15 | 774,000 | 109.5000 |
| US92912EAA10 | HYGT | 05/22/15 | 774,000 | 109.6250 |
| US92912EAA10 | HYGT | 06/29/15 | 666,000 | 108.1250 |
| | | | | |
| US92912EAA10 | HYMKS | 06/27/13 | 110,000 | 103.6250 |
| US92912EAA10 | HYMKS | 06/27/13 | 70,000 | 103.6250 |
| US92912EAA10 | HYMKS | 06/27/13 | 2,290,000 | 100.0000 |
| US92912EAA10 | HYMKS | 06/27/13 | 175,000 | 104.0000 |
| US92912EAA10 | HYMKS | 07/01/13 | 105,000 | 103.7500 |
| | | | | |
| US92912EAC75 | HYNB | 06/27/13 | 2,000,000 | 100.0000 |
| US92912EAC75 | HYNB | 12/16/15 | 775,000 | 100.2500 |
| US92912EAC75 | HYNB | 12/16/15 | 600,000 | 99.5000 |

| CCCERA's Purchases of Valeant Common Stock During the Relevant Period | | |
|---|---|---|
| **Purchase Date** | **Number of Shares** | **Price Paid Per Share** |
| 01/21/15 | 1,854 | $157.5000 |
| 01/21/15 | 4,760 | $156.9800 |
| 01/21/15 | 4,223 | $156.8500 |
| 01/22/15 | 1,331 | $158.5800 |
| 01/22/15 | 3,131 | $157.9900 |
| 01/23/15 | 626 | $159.5700 |
| 01/23/15 | 2,684 | $159.6700 |
| 01/23/15 | 626 | $159.9700 |
| 01/23/15 | 1,922 | $159.6500 |
| 01/26/15 | 2,646 | $160.0100 |
| 01/26/15 | 1,522 | $160.0100 |
| 01/26/15 | 260 | $160.0900 |
| 01/27/15 | 338 | $160.5700 |
| 01/27/15 | 381 | $159.9200 |
| 01/27/15 | 1,520 | $160.6200 |
| 01/28/15 | 1,440 | $161.1600 |
| 01/28/15 | 3,018 | $161.5300 |
| 01/29/15 | 31 | $159.3200 |
| 01/29/15 | 2,063 | $160.0400 |
| 01/29/15 | 140 | $159.5100 |
| 01/30/15 | 212 | $159.8200 |
| 01/30/15 | 2,581 | $160.4900 |
| 01/30/15 | 153 | $161.4000 |
| 01/30/15 | 764 | $160.1200 |
| 02/02/15 | 874 | $160.7000 |
| 02/27/15 | 1,675 | $198.0000 |
| 02/27/15 | 875 | $198.0000 |
| 02/27/15 | 1,825 | $197.9300 |
| 02/27/15 | 325 | $197.9700 |
| 03/02/15 | 1,107 | $202.7700 |
| 03/02/15 | 1,684 | $203.2600 |
| 03/02/15 | 1,196 | $203.2400 |
| 03/03/15 | 876 | $202.5100 |
| 03/03/15 | 295 | $201.5200 |
| 03/03/15 | 1,007 | $202.2800 |
| 03/03/15 | 685 | $202.1300 |
| 03/18/15 | 2,060 | $202.7600 |
| 03/18/15 | 266 | $201.6100 |
| 03/19/15 | 1,334 | $202.5900 |
| 08/24/15 | 120 | $221.7450 |
| 08/24/15 | 563 | $219.9050 |

| | | |
|---:|---:|---:|
| 08/24/15 | 787 | $219.8674 |
| 08/25/15 | 1,600 | $225.7010 |
| 08/25/15 | 180 | $226.3100 |
| 09/28/15 | 149 | $172.5046 |
| 09/28/15 | 4,684 | $169.2841 |
| 10/22/15 | 7,636 | $112.0450 |
| 10/22/15 | 1,425 | $112.7469 |
| 10/22/15 | 2,424 | $111.2517 |
| 10/23/15 | 650 | $117.3766 |
| 10/23/15 | 1,241 | $119.3873 |
| 10/23/15 | 374 | $117.8650 |
| 10/23/15 | 10,019 | $117.9966 |
| 10/26/15 | 4,367 | $112.1699 |
| 10/26/15 | 181 | $110.0850 |
| 10/26/15 | 91 | $112.1600 |
| 10/27/15 | 1,795 | $110.9633 |
| 11/13/15 | 4,962 | $75.5792 |
| 11/13/15 | 394 | $75.8567 |
| 11/13/15 | 610 | $75.2923 |
| 11/13/15 | 630 | $75.4551 |
| 11/16/15 | 51 | $73.6217 |
| 11/16/15 | 2,087 | $73.3488 |

**CCCERA's Purchases of Valeant Bonds During the Relevant Period**

| CUSIP | Purchase Date | Par Value of Bonds | Price Paid |
|---|---|---|---|
| 91831AAB7 | 03/13/15 | 250,000 | 100.0000 |
| 91831AAC5 | 03/13/15 | 745,000 | 100.0000 |
| 91831AAC5 | 03/13/15 | 870,000 | 101.5000 |
| 91831AAC5 | 04/02/15 | 850,000 | 104.3750 |
| 91831AAC5 | 07/31/15 | 750,000 | 105.0000 |
| 91831AAC5 | 03/13/15 | 250,000 | 100.0000 |
| 91831AAC5 | 04/27/15 | 200,000 | 104.6250 |
| 91911XAM6 | 01/16/15 | 38,000 | 105.2500 |
| 91911XAM6 | 01/16/15 | 71,000 | 105.1300 |
| 92912EAA1 | 12/15/15 | 375,000 | 97.0000 |
| 92912EAA1 | 12/15/15 | 375,000 | 97.5000 |
| 92912EAA1 | 12/23/15 | 660,000 | 100.7500 |
| 92912EAC7 | 07/10/15 | 185,000 | 105.3750 |

| Pacific Select Fund's Purchases of Valeant Common Stock During the Relevant Period | | | |
|---|---|---|---|
| Fund | Purchase Date | Number of Shares | Price Paid Per Share |
| PS1L | 10/08/14 | 4,100 | $125.9000 |
| PS1L | 04/27/15 | 4,700 | $202.0200 |
| PS1L | 09/21/15 | 1,771 | $243.8403 |
| | | | |
| PS1W | 09/25/14 | 44,541 | $129.5774 |
| PS1W | 09/25/14 | 1,148 | $130.9078 |
| PS1W | 10/06/14 | 1,400 | $130.0276 |
| PS1W | 10/09/14 | 51,700 | $125.6227 |
| PS1W | 10/16/14 | 3,144 | $114.9167 |
| PS1W | 11/12/14 | 1,293 | $130.4125 |
| PS1W | 11/25/14 | 1,244 | $144.1929 |
| PS1W | 01/20/15 | 677 | $156.9552 |
| PS1W | 03/02/15 | 475 | $199.8530 |
| PS1W | 04/27/15 | 800 | $202.0200 |
| PS1W | 05/01/15 | 353 | $218.4900 |
| PS1W | 10/05/15 | 13,377 | $162.5817 |
| PS1W | 10/08/15 | 22,383 | $167.3719 |
| PS1W | 10/08/15 | 4,476 | $170.6134 |
| PS1W | 02/18/16 | 983 | $95.2170 |
| | | | |
| PS1Y | 05/28/14 | 703 | $125.8650 |
| PS1Y | 09/11/14 | 7,810 | $120.2135 |
| PS1Y | 10/02/14 | 3,670 | $128.9227 |
| PS1Y | 05/19/15 | 321 | $227.3754 |
| PS1Y | 08/12/15 | 969 | $240.2370 |
| PS1Y | 08/12/15 | 875 | $239.2450 |
| PS1Y | 08/20/15 | 321 | $229.4348 |
| PS1Y | 08/24/15 | 2,866 | $228.5972 |
| | | | |
| PS2B | 10/08/14 | 40,170 | $125.9000 |
| PS2B | 10/15/14 | 30,027 | $113.9637 |
| PS2B | 10/23/14 | 3,779 | $129.1648 |
| PS2B | 04/23/15 | 1,710 | $204.7800 |
| PS2B | 08/24/15 | 4,152 | $221.7960 |
| | | | |
| PS2G | 09/25/14 | 3,200 | $127.9925 |
| PS2G | 09/29/14 | 100 | $130.4150 |
| PS2G | 09/30/14 | 700 | $130.8052 |
| PS2G | 10/29/14 | 400 | $129.4238 |
| PS2G | 11/07/14 | 500 | $124.9480 |
| PS2G | 11/24/14 | 2,300 | $143.3119 |

| | | | |
|---|---|---|---|
| PS2G | 12/01/14 | 300 | $145.8153 |
| PS2G | 01/20/15 | 5,700 | $155.7447 |
| PS2G | 02/03/15 | 400 | $160.9154 |
| PS2G | 02/20/15 | 900 | $173.6417 |
| PS2G | 03/11/15 | 1,600 | $192.8971 |
| PS2G | 03/18/15 | 1,100 | $203.8998 |
| PS2G | 05/04/15 | 1,200 | $223.7610 |
| PS2G | 05/18/15 | 1,100 | $226.5376 |
| PS2G | 06/02/15 | 1,000 | $237.5635 |
| PS2G | 06/12/15 | 800 | $230.5280 |
| PS2G | 07/17/15 | 1,600 | $235.6722 |
| PS2G | 07/24/15 | 800 | $253.8945 |
| PS2G | 08/06/15 | 200 | $249.0142 |
| | | | |
| PS2Y | 07/01/15 | 200 | $227.3148 |
| PS2Y | 07/02/15 | 100 | $225.1727 |
| PS2Y | 07/02/15 | 100 | $225.2550 |
| PS2Y | 07/02/15 | 500 | $227.5078 |
| PS2Y | 07/06/15 | 200 | $226.3110 |
| PS2Y | 07/06/15 | 100 | $226.3110 |
| PS2Y | 07/06/15 | 200 | $226.0953 |
| PS2Y | 07/06/15 | 100 | $225.5090 |
| PS2Y | 07/06/15 | 600 | $226.4524 |
| PS2Y | 07/07/15 | 400 | $223.1979 |
| PS2Y | 07/07/15 | 700 | $224.1072 |
| PS2Y | 07/07/15 | 100 | $225.0837 |
| PS2Y | 07/07/15 | 400 | $222.1894 |
| PS2Y | 07/07/15 | 300 | $225.0837 |
| PS2Y | 07/07/15 | 200 | $222.1894 |
| PS2Y | 07/07/15 | 300 | $224.1072 |
| PS2Y | 07/07/15 | 200 | $223.1979 |
| PS2Y | 07/08/15 | 300 | $224.4481 |
| PS2Y | 07/08/15 | 100 | $224.4481 |
| PS2Y | 07/08/15 | 100 | $224.2600 |
| PS2Y | 07/08/15 | 200 | $224.5500 |
| PS2Y | 07/08/15 | 200 | $225.3281 |
| PS2Y | 07/08/15 | 100 | $225.3281 |
| PS2Y | 07/08/15 | 300 | $224.7846 |
| PS2Y | 07/08/15 | 800 | $224.7846 |
| PS2Y | 07/08/15 | 100 | $224.5500 |
| PS2Y | 07/08/15 | 200 | $224.2600 |
| PS2Y | 07/09/15 | 300 | $224.4573 |
| PS2Y | 07/09/15 | 100 | $226.7605 |
| PS2Y | 07/09/15 | 800 | $224.4573 |

| | | | |
|---|---|---|---|
| PS2Y | 07/09/15 | 300 | $226.7605 |
| PS2Y | 07/10/15 | 200 | $229.6777 |
| PS2Y | 07/10/15 | 700 | $231.4154 |
| PS2Y | 07/10/15 | 100 | $230.1150 |
| PS2Y | 07/10/15 | 300 | $231.4154 |
| PS2Y | 07/10/15 | 200 | $230.1150 |
| PS2Y | 07/10/15 | 500 | $229.6777 |
| PS2Y | 07/13/15 | 500 | $235.8774 |
| PS2Y | 07/13/15 | 100 | $235.1594 |
| PS2Y | 07/13/15 | 400 | $235.8774 |
| PS2Y | 07/14/15 | 330 | $236.8038 |
| PS2Y | 07/27/15 | 100 | $256.0104 |
| PS2Y | 07/27/15 | 500 | $253.6800 |
| PS2Y | 07/27/15 | 400 | $250.9758 |
| PS2Y | 07/27/15 | 900 | $256.5236 |
| PS2Y | 07/27/15 | 600 | $253.7168 |
| PS2Y | 07/27/15 | 100 | $256.3332 |
| PS2Y | 07/27/15 | 300 | $256.8750 |
| PS2Y | 07/28/15 | 200 | $257.8034 |
| PS2Y | 07/28/15 | 300 | $257.3128 |
| PS2Y | 07/28/15 | 100 | $257.5367 |
| PS2Y | 07/28/15 | 100 | $257.3041 |
| PS2Y | 07/29/15 | 100 | $255.1860 |
| PS2Y | 07/29/15 | 200 | $254.9420 |
| PS2Y | 07/30/15 | 150 | $253.4484 |
| PS2Y | 09/01/15 | 400 | $225.3875 |
| PS2Y | 09/01/15 | 970 | $223.8474 |
| PS2Y | 09/02/15 | 1,800 | $230.5384 |
| PS2Y | 09/03/15 | 790 | $231.7789 |
| PS2Y | 09/08/15 | 200 | $232.0005 |
| PS2Y | 09/08/15 | 300 | $233.3800 |
| PS2Y | 09/08/15 | 400 | $233.6850 |
| PS2Y | 09/08/15 | 400 | $233.6850 |
| PS2Y | 09/08/15 | 200 | $232.0005 |
| PS2Y | 09/08/15 | 300 | $233.3800 |
| PS2Y | 09/09/15 | 100 | $234.2348 |
| PS2Y | 09/09/15 | 200 | $230.9314 |
| PS2Y | 09/09/15 | 100 | $234.2348 |
| PS2Y | 09/09/15 | 100 | $229.7413 |
| PS2Y | 09/09/15 | 60 | $229.7413 |
| PS2Y | 09/09/15 | 100 | $230.9314 |
| | | | |
| PS2Z | 07/16/15 | 1,820 | $239.7335 |
| PS2Z | 07/21/15 | 4,420 | $239.1325 |

| | | | |
|---|---|---|---|
| PS2Z | 07/28/15 | 700 | $257.3128 |
| PS2Z | 07/28/15 | 100 | $258.4440 |
| PS2Z | 07/28/15 | 100 | $257.5367 |
| PS2Z | 07/28/15 | 200 | $257.3041 |
| PS2Z | 07/28/15 | 500 | $257.8034 |
| PS2Z | 07/28/15 | 100 | $257.9428 |
| PS2Z | 07/29/15 | 100 | $256.5075 |
| PS2Z | 07/29/15 | 300 | $256.3351 |
| PS2Z | 07/29/15 | 900 | $255.1860 |
| PS2Z | 07/29/15 | 2,000 | $254.9420 |
| PS2Z | 07/30/15 | 1,630 | $253.4484 |
| PS2Z | 08/25/15 | 3,700 | $225.5217 |
| PS2Z | 09/01/15 | 1,960 | $223.8474 |
| PS2Z | 09/24/15 | 690 | $208.2386 |
| PS2Z | 09/24/15 | 700 | $211.3490 |
| PS2Z | 10/01/15 | 3,250 | $174.3336 |
| PS2Z | 10/02/15 | 9,710 | $176.0645 |
| PS2Z | 10/07/15 | 1,780 | $167.9069 |
| PS2Z | 10/08/15 | 10,550 | $167.1765 |
| | | | |
| PS3V | 07/31/14 | 3,700 | $116.3347 |
| PS3V | 07/31/14 | 400 | $115.9225 |
| PS3V | 08/05/14 | 7,256 | $113.1911 |
| PS3V | 08/05/14 | 400 | $114.2650 |
| PS3V | 08/05/14 | 600 | $112.1466 |
| PS3V | 08/05/14 | 1,800 | $112.0450 |
| PS3V | 04/28/15 | 5,300 | $203.1702 |
| PS3V | 10/20/15 | 2,540 | $147.2208 |
| PS3V | 10/20/15 | 1,500 | $148.1700 |
| | | | |
| PS4H | 10/14/14 | 400 | $114.0785 |
| PS4H | 12/01/14 | 715 | $146.5574 |
| PS4H | 07/31/15 | 300 | $254.6333 |
| PS4H | 08/17/15 | 602 | $249.3696 |

| Pacific Select Fund's Purchases of Valeant Bonds During the Relevant Period |
|---|---|---|---|---|

| CUSIP | Fund | Purchase Date | Par Value of Bonds | Price Paid |
|---|---|---|---|---|
| 91829KAA1 | PS1F | 11/20/13 | 6,750,000 | 106.3750 |
| 91829KAA1 | PS1F | 01/15/15 | 250,000 | 105.2500 |
| 91831AAB7 | PS1F | 03/13/15 | 950,000 | 100.0000 |
| 91831AAC5 | PS1F | 03/13/15 | 200,000 | 100.0000 |
| 91831AAC5 | PS1F | 11/03/15 | 3,100,000 | 86.5000 |
| 91831AAC5 | PS1F | 01/27/16 | 2,500,000 | 90.6250 |
| 91911KAE2 | PS1F | 01/15/15 | 650,000 | 100.0000 |
| 91911KAE2 | PS1F | 04/28/15 | 1,000,000 | 101.9300 |
| 92912EAA1 | PS1F | 01/27/16 | 2,500,000 | 99.6250 |
| 91831AAA9 | PS2V | 03/13/15 | 5,510,000 | 100.0000 |
| 91831AAA9 | PS2V | 03/31/15 | 10,000 | 101.1250 |
| 92912EAA1 | PS2V | 07/31/15 | 720,000 | 108.7500 |
| 91829KAA1 | PS2W | 09/20/12 | 135,000 | 100.0000 |
| 91829KAA1 | PS2W | 04/10/14 | 25,000 | 108.3750 |
| 91831AAB7 | PS2W | 03/13/15 | 265,000 | 100.0000 |
| 91831AAC5 | PS2W | 03/13/15 | 265,000 | 100.0000 |
| 91911KAE2 | PS2W | 01/15/15 | 50,000 | 100.0000 |
| 92912EAA1 | PS2W | 06/27/13 | 100,000 | 100.0000 |
| 91829KAA1 | PS4B | 04/28/15 | 200,000 | 105.7190 |
| 91831AAA9 | PS4B | 03/24/15 | 100,000 | 100.9500 |
| 91831AAA9 | PS4B | 03/30/15 | 100,000 | 100.9810 |
| 91831AAB7 | PS4B | 03/24/15 | 200,000 | 102.2000 |
| 91831AAB7 | PS4B | 03/30/15 | 100,000 | 102.4500 |
| 91831AAB7 | PS4B | 07/30/15 | 150,000 | 103.7200 |
| 91831AAC5 | PS4B | 03/24/15 | 200,000 | 103.1000 |
| 91831AAC5 | PS4B | 03/30/15 | 100,000 | 103.6200 |

| | | | | |
|---|---|---|---|---|
| 91831AAC5 | PS4B | 12/29/15 | 100,000 | 90.5000 |
| 91911KAD4 | PS4B | 11/21/13 | 100,000 | 100.7500 |
| 92912EAA1 | PS4B | 06/27/13 | 57,000 | 100.0000 |
| 92912EAA1 | PS4B | 04/30/14 | 200,000 | 111.7500 |
| 92912EAC7 | PS4B | 07/15/13 | 400,000 | 106.7500 |
| 91829KAA1 | PS5B | 04/28/15 | 1,000,000 | 105.5000 |
| 91831AAA9 | PS5B | 04/28/15 | 2,000,000 | 103.1000 |
| 92912EAC7 | PS5B | 02/11/16 | 1,000,000 | 96.7500 |
| 92912EAC7 | PS5B | 02/16/16 | 250,000 | 98.0000 |

**Pacific Funds Series Trust's Purchases of Valeant Common Stock During the Relevant Period**

| Account # | Purchase Date | Number of Shares | Price Paid Per Share |
|---|---|---|---|
| 891411 | 09/26/14 | 1,738 | $128.0433 |
| 891411 | 09/29/14 | 2,907 | $130.5099 |
| 891411 | 10/09/14 | 2,474 | $123.5779 |
| 891411 | 10/09/14 | 211 | $124.1650 |
| 891411 | 10/09/14 | 286 | $124.0021 |
| 891411 | 10/13/14 | 1,501 | $118.2820 |
| 891411 | 10/13/14 | 3 | $118.2557 |
| 891411 | 08/24/15 | 1,018 | $221.7960 |
|  |  |  |  |
| 891415 | 08/01/14 | 1,420 | $118.0254 |
| 891415 | 01/15/15 | 244 | $157.8271 |
| 891415 | 09/21/15 | 390 | $243.8403 |
|  |  |  |  |
| 891420 | 03/13/14 | 410 | $140.4333 |
| 891420 | 03/13/14 | 10 | $140.5400 |
| 891420 | 04/17/14 | 190 | $121.1948 |
| 891420 | 04/17/14 | 70 | $120.9550 |
| 891420 | 05/08/14 | 10 | $134.4300 |
| 891420 | 05/08/14 | 290 | $134.6732 |
| 891420 | 07/17/14 | 308 | $121.3979 |
| 891420 | 09/25/14 | 332 | $130.9078 |
| 891420 | 09/25/14 | 4,423 | $129.5775 |
| 891420 | 10/08/14 | 137 | $125.7696 |
| 891420 | 11/12/14 | 94 | $130.4125 |
| 891420 | 11/21/14 | 111 | $146.0103 |
| 891420 | 12/02/14 | 207 | $145.5099 |
| 891420 | 01/09/15 | 80 | $155.1445 |
| 891420 | 01/15/15 | 88 | $157.4322 |
| 891420 | 01/20/15 | 96 | $156.9552 |
| 891420 | 04/15/15 | 33 | $206.9274 |
| 891420 | 05/21/15 | 26 | $230.9650 |
| 891420 | 06/22/15 | 33 | $230.0700 |
| 891420 | 07/30/15 | 4,900 | $254.0165 |
| 891420 | 10/05/15 | 1,796 | $162.5817 |
| 891420 | 10/08/15 | 602 | $170.6134 |
| 891420 | 10/08/15 | 3,009 | $167.3719 |
| 891420 | 10/20/15 | 60 | $161.4150 |

| **Pacific Funds Series Trust's Purchases of Valeant Bonds During the Relevant Period** | | | | |
|---|---|---|---|---|
| ISIN | Fund | Purchase Date | Par Value of Bonds | Price Paid |
| US91829KAA16 | 891406 | 12/18/14 | 2,000,000 | 104.7500 |
| US91831AAA97 | 891406 | 03/13/15 | 1,425,000 | 100.0000 |
| US92912EAC75 | 891406 | 02/11/16 | 1,500,000 | 96.7500 |
| US92912EAC75 | 891406 | 02/16/16 | 500,000 | 98.0000 |
| US91831AAA97 | 891504 | 04/30/15 | 400,000 | 102.8750 |
| US91831AAB70 | 891504 | 03/13/15 | 50,000 | 100.0000 |
| US91831AAC53 | 891504 | 11/03/15 | 600,000 | 86.5000 |
| US91911KAE29 | 891504 | 01/15/15 | 250,000 | 100.0000 |
| US91911KAE29 | 891504 | 04/28/15 | 1,000,000 | 101.9300 |
| US92912EAA10 | 891504 | 01/27/16 | 250,000 | 99.6250 |
| US91911KAE29 | 891505 | 01/28/15 | 500,000 | 102.6250 |
| US91831AAA97 | 891506 | 03/13/15 | 575,000 | 100.0000 |
| US92912EAC75 | 891506 | 06/27/13 | 350,000 | 100.0000 |
| US92912EAC75 | 891506 | 02/11/16 | 250,000 | 96.7500 |
| US92912EAC75 | 891506 | 02/16/16 | 250,000 | 98.0000 |
| US91831AAA97 | 891508 | 05/05/15 | 750,000 | 103.3622 |
| US91831AAC53 | 891508 | 03/13/15 | 50,000 | 100.0000 |
| US91911KAE29 | 891508 | 01/15/15 | 100,000 | 100.0000 |
| US91911KAE29 | 891508 | 03/30/15 | 500,000 | 101.1250 |
| US91911KAE29 | 891508 | 06/16/15 | 500,000 | 100.5000 |
| US91911KAE29 | 891508 | 07/30/15 | 500,000 | 102.2500 |
| US92912EAA10 | 891508 | 01/27/16 | 500,000 | 99.6250 |
| US91831AAA97 | 894996 | 03/13/15 | 570,000 | 100.0000 |